IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RICHARD LASSITER AKA
RICHARD A. LASSITER AKA
RICHARD ALAN LASSITER
(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

STATE OF TENNESSEE F. FRIAS,
WRIGHT MARION A., E. KELLY, AND
YOLANDA JONES
(Enter above the full name of the defendant
or defendants in this action.)

RECEIVED 19 OCT 21 AM 9:48 THOMAS M. GOULD CLERK, U.S. DISTRICT COURT W.D. OF TENN., MEMPHIS

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (✓) No ( )

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit
         Plaintiffs: RICHARD LASSITER

         Defendants: ~~[struck through]~~
         MARCO ROSS, ET AL.,

      2. Court (if federal court, name the district; if state court, name the county):
         WESTERN DISTRICT
      3. Docket Number: CV. NO. 18-2262-SHM
      4. Name of judge to whom case was assigned: Samuel H. Mays, JR.
      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) DISMISSED
      6. Approximate date of filing lawsuit: April 18th 2018
      7. Approximate date of disposition: July 9th 2019

II. Place of Present Confinement: Shelby County 201 Poplar Av. Memphis, TN, 38103

   A. Is there a prisoner grievance procedure in the institution?
      Yes (✓)  No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )  No (✓)

   C. If your answer is Yes:
      1. What steps did you take? _____
      2. What was the result? _____

   D. If your answer is No, explain why not: These actions are what lead to my confinement

III. Parties
   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of Plaintiff Richard Lassiter
      Address 201 Poplar Av Memphis, TN, 38103

   (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

   B. Defendant Det. Frias, Sgt. M. Wright, and Sgt. E. Kelly is employed as Memphis Police Officer's
      at Memphis Police Department Homicide Bureau

   C. Additional Defendants: Yolanda Jones of Commercial Appeal

IV. Statement of Claim

   State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

   Thursday April 14th 2016 Det. F. Frias IBM#3316 forged and falsified legal documents to deceive the courts and the public of who was responsible for a murder that Det. F. Frias and Sgt. Wright Marion A. ID#9549 were investigating. I Richard Lassiter was taken to Memphis Police Department Homicide Bureau for Questioning of a murder where at the time of 2054 hrs. I refused to sign my Advise of Rights form because I asked for a lawyer to be given and present during the time of me being interviewed and or interrogated and I was simply denied the right to exercise my right as requested. After 9-10 hours of being held against my will both Frias, Wright, and E. Kelly submitted multiple documents stating I confessed to the murder. This very same information was given to Ms. Yolanda Jones of Commercial Appeal and she broadcasted lie's about me to the public, destroying my character.

   -2-

   Revised 4/18/08

V. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I, RICHARD LASSITER would Like to Recive 4 Million for my Pain AND Suffering, Deformation of Character, AND Fals Imprisonment! Do to the fact that if these employees of the state would have never violated my rights I would still have my Job, Car, Family, AND Freedom! I lost my Home, Family MEMBERS Have Pasted Away Without me saying my Last Good-Byes, AND my car has been taken from me. I have Lost Everything Behind these unlawful Actions.

VI. Jury Demand
I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this 16TH day of SEP , 20 19 .

_____
(Signature of Plaintiff/Plaintiffs)

Revised 4/18/08