19-2716

To whome This may Consurn...

RECEIVED
2021 OCT 27 PM 8:33
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
TNWD OF TN MEMPHIS

My name is Richard A. Lassiter BK# 16111839, and have been Detained and housed here at Shelby County 201 poplar Av. for a period of five almost six years unjust. Eric Kelly along with several other officers such as F. Frias and M. Whright conspired to falsify several legal documents to not only charge the Defendant "My self" with a Capital 1st Degree Murder Charge, but to also mislead the public and the Criminal Courts as to who or whome was responcible for such crime's the Defendant has been recklessly charged with. April 14th I the Defendant was take in Costudy pending the investigation of Agg. child Abuse, Agg. child neglect, and 1st Degree Murder of a Four year old child. Upon contact of law enforcment and the Defendant "My self" full Co-opperation was submitted when contacted and dethined at a local Bus stop on Macon St. Befor any understanding could be reached as to why I was being dethined, I was handcuffed and trasported to a crime sceen where I was shown a pichtur of another young man whom I informed law enforcment I did not know. Befor leaving the crime sceen I was escorted to another law enforcment vichel and after about 45 min. was transported to 201 poplar Av. Felony Responce Center for Questioning. Upon my Arival there I was placed in a Room where I would wait to be Questioned about what occurred at the crime sceen

Two Detectives entered the room shortly after and presented a Advice of Rights form and stated "we need you to read this out-loud and then sighn it". I asked them both Former Detective Eric Kelly and M. Whright to allow me to exercise my right to have a lawyer present during this interview. Both Detectives purposely neglected to give or provide me with counsel as requested, so I refused to comply with there interview, by not answering any questions at all for the duration of my stay in their interview room. After refusing to answer any questions I was phicaly assulted off and on for several hours by both Detectives. During this process I was taken out of their interview room in hand cuffs and another officer came in this very dark room with a big michean and took a pichur of me and as I entered and exited the interview room I passed a witnesses such as Marshall Hall, Darain Anthony, and many more who were all being interviewed by other law enforcment officers in what appeared to be their work stations. After being placed back in the interview room, handcuffed to the chair and table approximently two hours prior to being charged, Detective Eric Kelly told me and made it very clear that He would make surtin that I spend the rest of my life in prison and that was his promise to me.

After being falsly accused of not only these crimes but confessing to these crimes I have been given counsel time after time who have been very bias towards my self and the simple nature of the crime's I'v been charged with. Through-out this cours of pre-trial my counsel has repeatedly neglected to file for all motions requested since 2017. These act's of purpose neglect with-in the eneffective assistance of counsel has further more tarnished this case and my ability or right to defend my self aditquitly, violating my due process, right to a speedy trial, and right to have any or all motion's heard or presented properly and in a timely fashion respectfuly. Recently I was called to court and publicly made a merkery of even in front of the victim family because my counsel conspired with the prosecuter to totaly disregard my request to not pursue an offer of 20yrs. at 100%, but instead to file a motion to suppress and a motion to dismiss. On Aug 29th of 2021 my counsel informed me that the Honorable Judge Skahan informed my counsel that "no matter what truth comes out the Judge has already informed us she will not grant your motion because of the nature of your charge!" So when I entered the court room and was instructed to take the stand, I informed Honorable Judge Skahan of these aqusations. After hearing these aqusations no denial of her involvment to comspire aginst me was ever made.

RECEIVED
2021 OCT 27 PM 8:33
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
TNWD OF TN MEMPHIS

To whome This may Concurne....

My name is Richard Lassiter BK# 16111835 I am currently being Detained and housed at Shelby County 201 poplar Av. in memphis, TN, 38103. I am contacting you because of my lawyer's ineffective Assistance of Counsel. Mr Eric Mogy has been asked to file several motions since he has been asigned to my case in 2019. And Mr. Mogy has failed to file any motion Requested in a Timely Fashion and properly. Never the less Mr. Mogy has also failed to obtain Evidence that is in the jail's possion, of visitation and also phone calls that will exonerate me, that I've been Requesting for more than a year. My Attorney Mr. Mogy has knoledge and evidance that Former Detective for MPD Mr. Eric Kelly, who has already confessed to multiple countless Act's of misconduct including Tampering with cases and cases evidance, has also forged multiple documents including a Confession in preperation to decive the courts as to whome or who is Responcible for the Crime's Accused and charged in my case. I have been very clear with my request's to have a motion to supress, motion to dismiss, motion to supress Identification, And a motion for Speedy Trial. Do to Mr. Mogy's ineffective Assistance I have yet to have any one of these motions Filed. On Aug. 29th I was called to court with no knoledge that my counsel Mr. Mogy and the Prosucuter had already arranged

for the victim's family to be present along with Action Five News to brodcast "Justice being served for the victim", Completing this act or transaction of the defendant sighning for a 20 yr. offer at 100%, After alread appearing befor the Honorable Judge Skahan under oath stating I did not want the offer presented at the time. At 10:47 AM of Aug. 12TH of 2021 I contacted the law office of Mr. Mogy and in spoke with a lady by the name of Bioncia who addressed me as his assistant. I asked to speak with Mr. Mogy when she then informed me Mr. Mogy was not avaliable to speak at the time because he was out of the office, but she weld would E-mail Mr. Mogy while Ms. Bioncia and I was on the phone, to inform him of my request or consurn. I informed Ms. Bioncia that I was not interested in the offer that was recently made and I wanted my motion to supress to be heard and submitted in court as requested several times befor. When I last appeared in court I had no knoledge prior that I was appearing in court to agree to a plea deal at all. On that Day I was under the understanding that my motion to supress was being held and addressed. In Result of Mr. Mogy's Consistant ineffective Assistance of counsel I have been televised and made a target and mockery nationaly or publicly.

Mr. Mogy and Mr. Campell both consulted with me befor entering the Court Room and convinced me to sighn for the very same offer I have repeatedly told them both I was not interested in, by stating "The judge already informed us that she is not going to grant your motion due to the nature of your charges, it is almost election season and the victim's farther is out there right now ready for justice so sighn these papers right now and with your six years almost you will only have to serve eight years befor you are home!" As I entered the Court Room and took the stand my innocense would not allow me to comply with what it appeared to be another form of A Arm twisting tatic. I informed the Honorable Judge Skahan of what I was told by my Counsel and I was instructed to step down off of the stand as she replyed "We will have your motion"! "But when you make a decisson you have to live with it"!

I am contacting you because I have been repeatedly taken advantage of while my life has been on the line through my counsel and this justice system. I am seeking to file a complant through this letter as well as I am also filing a civil law suit alleging malpractice.

Thank you for your time.